IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**R. REICH, et al.,**<br><br>Defendants. | Case No. C 15-cv-05160-YGR<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants D Puget, Anderson, Hertz, Healy, Bradbury, Gongora, Milligan, Zamora, Marulli, Reich, Gates, Hodges, Commons and Allen (Defendants) filed a request for extension of time up to and including November 17, 2016, in which to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for an extension of time is GRANTED.  The time for Defendants to file a dispositive motion is extended for ninety days, up to and including **November 17, 2016.**  Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date on which Defendants' motion is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: __July 25, 2016_____        _____
                                         The Honorable Yvonne Gonzalez Rogers